UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY LYNN MOORE #89945 | CIVIL ACTION NO. 24-cv-1008 |
| VERSUS | JUDGE EDWARDS |
| L ANDERSON | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 14), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that this civil action is dismissed without prejudice for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 29th day of October, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE